## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------

| | |
|---|---|
| MICHAEL MYERS | : |
| | : |
| Plaintiff, | :     Civil Action No.: 20-01956-MSG |
| | : |
| v. | : |
| | : |
| SEFAH LLC d/b/a FOUR SEASONS DINER & RESTAURANT, *et al.* | : |
| | : |
| Defendants. | : |

------------------------------------------------------

### ORDER

**AND NOW**, this  28th  day of    July           2021, after considering Plaintiff's Unopposed Motion to Approve Settlement Agreement (ECF No. 20), and finding that the settlement reached between the parties represents a fair, reasonable, and adequate resolution of the claims of Plaintiff Michael Myers and Opt-In Plaintiffs Theresa Sautter and Nicole Steinberg against Defendants, it is hereby **ORDERED** that:

1. Plaintiff's Unopposed Motion to Approve Settlement Agreement (ECF No. 20) is **GRANTED**;

2. The Settlement is **APPROVED**;

3. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **MARK THIS CASE CLOSED.**

                         **AND IT IS SO ORDERED.**

                         */s/ Mitchell S. Goldberg*
                         **MITCHELL S. GOLDBERG, J.**